AO 106 (Rev. 06/09)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of California

FILED

DEC 1 8 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>T. Mobile<br>4 Sylvan Way, Parsippany, NJ 07504 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   **19MJ5641**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, which is incorporated by reference.

located in the _____ District of _____New Jersey_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Interference with Commerce by Threats or Violence, a.k.a. Hobbs Act Robbery and conspiracy to do the same; |
| 18 U.S.C. 924(c) | Carrying and Brandishing a Firearm in the Commission of a Crime of Violence |

The application is based on these facts:

See  Affidavit of FBI SA Gregory T. Peters which is hereby inorporated by reference and made part hereof.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Gregory T. Peters, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____12/17/2019_____

_____
*Judge's signature*

City and state:  San Diego, California

Hon. Michael S. Berg, US Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, **Gregory T. Peters**, being duly sworn, hereby state as follows:

**I.      INTRODUCTION AND AGENT BACKGROUND**

1.      I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code.

2.      I am a Special Agent of the FBI, and have been so employed since May 2008. I am assigned to the San Diego Field Division, Violent Crimes Task Force. I am also assigned to investigate violent crimes that include robberies, murder, kidnappings, and assaults on federal officers.  During the course of my duties, I have prepared search and arrest warrants and have participated in the execution of search and arrest warrants. I have received twenty (20) weeks of training at the FBI Academy in Quantico, Virginia.   During that training, I received instruction regarding a wide variety of investigative techniques that are commonly used in support of a wide range of the FBI's investigative priorities. The training included instruction regarding the use of sources, law enforcement tactics, search and seizure laws and techniques, surveillance, forensic techniques, interviewing, digital evidence, and a variety of other subjects.  I have acted as the lead investigator on a variety of cases and have participated in multiple cases that have focused on robberies and firearms.

3.      Based on facts set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 1951 and 924(c) (Interference with Commerce by Threats or Violence, a.k.a. Hobbs Act Robbery, Carrying and Brandishing a Firearm in the Commission of a Crime of Violence, and Conspiracy to do the same) have been committed, are being committed, and will be

committed by Juan Ramos, Donovan Escalera, Melissa Ortiz, and Christina Barrios, collectively, the "Target Subjects."

4.     This affidavit is made in support of an application for a search warrant for information associated with following cellular telephone numbers: **(619) 514-5155**, ("SUBJECT PHONE 5155"), **(619) 552-0975** ("SUBJECT PHONE 0975"), and **(619) 763-0674** (SUBJECT PHONE 0674") (collectively, the "SUBJECT PHONES"), which are stored at premises controlled by **T-Mobile**, a wireless telephone service provider headquartered at **4 Sylvan Way, Parsippany, New Jersey 07504**. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require **T-Mobile** to disclose to the government copies of the information further described in Section I of Attachment B.   Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

5.     The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## II.     BACKGROUND ON WIRELESS PROVIDERS

6.     In my training and experience, I have learned that **T-Mobile** is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow

1   them to collect and generate information about the locations of the cellular
2   telephones to which they provide service, including cell site data, also known as
3   "tower/face information" or "cell tower/sector records." Cell site data identifies the
4   "cell towers" (i.e., antenna towers covering specific geographic areas) that received
5   a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces
6   of the towers) to which the telephone connected. Accordingly, cell site data provides
7   an approximate location of the cellular telephone but is typically less precise than
8   other types of location information, such as E-911 Phase II data or Global
9   Positioning Device ("GPS") data.

10      7.      Based on my training and experience, I know that **T-Mobile** can collect
11   cell site data about the SUBJECT PHONES. I also know that wireless providers
12   such as **T-Mobile** typically collect and retain cell site data pertaining to cellular
13   phones to which they provide service in their normal course of business in order to
14   use this information for various business-related purposes.

15      8.      Based on my training and experience, I know that wireless providers
16   such as **T-Mobile** typically collect and retain information about their subscribers in
17   their normal course of business. This information can include basic personal
18   information about the subscriber, such as name and address, and the method(s) of
19   payment (such as credit card account number) provided by the subscriber to pay for
20   wireless telephone service. I also know that wireless providers such as **T-Mobile**
21   typically collect and retain information about their subscribers' use of the wireless
22   service, such as records about calls or other communications sent or received by a
23   particular phone and other transactional records, in their normal course of business.
24   In my training and experience, this information may constitute evidence of the
25   crimes under investigation because the information can be used to identify the
26   SUBJECT PHONES' user or users and may assist in the identification of co-
27   conspirators and/or victims.

III.   **FACTS IN SUPPORT OF PROBABLE CAUSE**

9.     Between January 8, 2018, and October 6, 2018, robberies were committed at five gas station convenience stores and a firearm was brandished during each. The robberies occurred at the following dates, time, and locations:

| Robbery No. | Date | Time | Victim | Address |
|---|---|---|---|---|
| 1 | 1/8/2018 | 11:35 AM | Chevron | 2290 Camino Del Rio North San Diego, CA |
| 2 | 1/13/2018 | 11:08 PM | USA Gasoline | 1092 E. Washington Ave El Cajon, CA |
| 3 | 1/15/2018 | 4:25 AM | Arco AMPM | 6130 Balboa Ave San Diego, CA |
| 4 | 1/16/2018 | 1:40 AM | Arco AMPM | 8820 Clairemont Mesa Blvd San Diego, CA |
| 5 | 10/06/2018 | 4:01 AM | Shell Gasoline | 3890 Division Street, San Diego, CA |

10.    At the time of the robberies, the locations each sold goods that had been produced in a State outside of California or in a foreign country, to include Sam Adams beer, Smartwater, and/or Marlboro cigarettes.

11.    Investigators have identified Donovan ESCALERA, Christina BARRIOS, Juan Manuel RAMOS Jr., and Melissa ORTIZ Ayerim as suspects that coordinated and participated in the armed robberies, where members of the group

1    alternated in committing the robberies using the same firearm. Investigators
2    executed federal search warrants on the suspects' Facebook accounts and some of
3    their observations are included below.

4        12.    Deoxyribonucleic Acid (DNA) was collected as evidence from items
5    related to each robbery. As described below, RAMOS, ESCALERA, and ORTIZ
6    were each identified as a primary contributor to the DNA in evidence collected at
7    the scene of at least one robbery in this series. The San Diego Police Department
8    (SDPD) Laboratory identified as many as four additional secondary contributors of
9    DNA in each of the items tested.

**Chevron Robbery**

11       13.    On January 8, 2018, at approximately 11:35 a.m., a green 1999 Honda
12   Civic (1999 Civic) arrived at the back lot of the Chevron Gas Station located at 2290
13   Camino Del Rio North, San Diego, California. A male subject exited the passenger
14   side of this vehicle, while a second unknown subject remained in the driver's seat.
15   The passenger (armed subject) entered the market area of the Chevron and
16   brandished a semi-automatic handgun and demanded money from an employee. As
17   the employee opened the cash drawer, the armed subject reached across the counter
18   and took cash from the drawer. The armed subject then returned to the vehicle,
19   entered the passenger side, and the vehicle fled the scene heading west on Interstate-
20   8 (I-8). The employee stated that she did not see the subject because she was facing
21   away from him during the entire robbery.

22       14.    Investigators reviewed surveillance footage and the armed subject
23   appeared to be a white or Hispanic male, approximately 25-30 years old, standing
24   5'10", with a thin build, wearing a plaid shirt or jacket, cuffed blue jean pants, dark
25   sunglasses, a black baseball cap with silver "SD" emblem, a purple or blue bandana
26   over his face, and black Adidas tennis shoes with white soles.

27

15.  A hat matching the description of the hat worn by the armed subject was discovered in a Facebook photo being worn by BARRIOS. The photo was posted to Facebook on February 1, 2018; metadata shows that the photo was taken January 9, 2018. Witnesses described the armed subject's firearm as a "1911" style handgun, with silver ejector port, brown grips, black slide, frame and tang, and dark gunmetal hammer. A firearm matching that description was later discovered in a hotel room rented by BARRIOS and ORTIZ, as described below. RAMOS later stated that the handgun was his.

16.  The 1999 Civic that appeared in the surveillance video of the Chevron robbery had Arizona license plate AXR9114, which record checks indicated was a vehicle stolen from a San Diego area address. On January 8, 2018, approximately an hour after the Chevron robbery, the 1999 Civic was recovered at the Best Western Motel at 411 Hotel Circle South in San Diego. Investigators reviewed surveillance footage from the motel parking lot and observed that the 1999 Civic arrived at approximately 11:45 a.m. and parked. A male carrying a skateboard and wearing a white t-shirt, dark pants, black baseball hat, and black shoes exited the vehicle and walked towards a Super 8 Motel, which is adjacent to the Best Western Motel. A second person who appeared short with a thin build and possibly female, wearing a black hooded jacket and beige or camouflage pants, also exited the 1999 Civic and walked towards the Super 8 Motel.

17.  Investigators searched the vehicle and found a long sleeve plaid jacket, navy bandana, and sunglasses that appeared to match items worn by the armed subject during the Chevron robbery. DNA swabs from the bandana were tested and matched the DNA profiles of RAMOS and ORTIZ.  DNA from the plaid jacket

1 | matched the DNA profile of a person named Armando Alfonso Reyes.[1] A DNA
2 | swab from the surface of the sunglasses matched the DNA profile of ESCALERA.

3 | 18. When searching the 1999 Civic, investigators noted that the driver's
4 | seat was positioned noticeably forward (close to the steering wheel), indicating the
5 | last person to drive the 1999 Civic was short. As detailed below, ESCALERA and
6 | BARRIOS appear to be in a romantic relationship. BARRIOS was arrested on a
7 | state warrant and is approximately 4', 9" tall and weighs approximately 90 pounds.
8 | DNA samples were taken from inside the 1999 Civic, but have not yet been
9 | analyzed.

10 | **USA Gasoline Robbery**

11 | 19. On January 13, 2018, at approximately 11:05 p.m., an older model
12 | burgundy Honda Accord with the license plate "7BVZ218" arrived at the USA
13 | Gasoline located at 1092 E. Washington Avenue in El Cajon, California. Two
14 | subjects exited the vehicle and entered the store. They walked to the store's counter
15 | and the first subject brandished a firearm, holding the firearm in a two-handed grip
16 | with the firing hammer cocked back while pointing it at the store clerk who was just
17 | starting his shift and was counting cash at the register. One of the subjects demanded
18 | cash and the second (unarmed) subject grabbed approximately $250 from the
19 | register and put it in his or her jacket pocket. The two subjects fled the store, entered
20 | their vehicle, and drove westbound on E. Washington Avenue.

21 | 20. The clerk described the subjects as two Hispanic males in their 20's-
22 | 30's with masks covering their faces. Other witnesses gave similar descriptions. The
23 | clerk indicated one subject wore glasses and the other subject, as he remembered it,
24 | had a tattoo of a teardrop or triangle underneath his right eye. RAMOS has a tattoo

---

[1] At this time, investigators have found no other connection between Reyes and the robberies.

of a teardrop underneath his left eye. A second clerk who was coming off his shift indicated that he thought he saw "jail tattoos" on the hands or wrists of the subject who took the money.

21.     Investigators reviewed surveillance footage and observed that the armed subject wore a black hoodie, dark colored pants, a hat with red brim, a dark colored bandana or ski mask on his face, red or maroon tennis shoes with white soles, and appeared to have a tattoo on his/her hand which was exposed when the subject raised the firearm.  The unarmed subject wore a dark colored hoodie with a Batman logo on the chest, black pants, a black baseball hat with a rectangular emblem on front, a black bandana with paisley design, and beige high top shoes. Photos of RAMOS wearing a black bandana with paisley design were discovered as being sent from his Facebook account on January 14, 2018.  The two subjects appeared to be roughly the same height. RAMOS is approximately 5'9" with a lean to medium build, although he has also been described as heavy. The firearm is black with a silver ejector port and the hammer was cocked back.

22.     As is described in more detail below, on January 16, 2018, during a parole check, RAMOS and ORTIZ were arrested in a hotel room. Inside the hotel room were a dark colored hoodie with a Batman logo on the chest, two pairs of black/grey pants that appear similar to the pants worn in the robbery, a black bandana with paisley design, beige high top shoes, maroon tennis shoes with white soles, a black hat with a metal rectangular emblem on front, and a "1911" style handgun with silver ejector port, brown grips, black slide, frame and tang, and dark gunmetal hammer. The hotel room was registered to both BARRIOS and ORTIZ. DNA swabs taken from the neckline, drawstrings, zipper-pull, and sleeve cuffs of the Batman hoodie matched the DNA profile of ORTIZ. A DNA sample from one of the pants collected from the hotel room matched the DNA profile of RAMOS. DNA samples from the second set of pants collected from the hotel matched both ORTIZ and

1  RAMOS.  A DNA swab from the black hat with metal emblem matched that of

2  ORTIZ.  DNA from both RAMOS and ORTIZ were also on the handgun.

3       23.    On January 13, 2018, approximately ten minutes after the robbery,

4  officers responded to a vehicle fire at 1020 Redwood Avenue in El Cajon, which is

5  near an apartment complex and approximately a half-mile by road from the USA

6  Gasoline. The El Cajon Fire Department put out the fire and investigators observed

7  that the vehicle was a red 1993 Honda Accord with California license plate

8  7BVV210 and that the interior had completely burned. Witnesses from the apartment

9  complex indicated that they had not seen anyone light the vehicle on fire or run away

10  from it. When contacted, the owner of the Honda Accord said the car was parked in

11  his driveway in El Cajon for most of the day and that he had not given anyone else

12  permission to take the vehicle.

13              **Arco AMPM – Balboa Ave Robbery**

14       24.    On January 15, 2018, at approximately 4:25 a.m., a silver Honda Civic

15  drove into the Arco AMPM parking lot located at 6130 Balboa Avenue in San Diego.

16  Two subjects exited the Honda and entered the AMPM store. One subject (armed

17  subject) brandished a large black semi–automatic handgun with a silver ejection port

18  and demanded money from the clerk. The second subject (unarmed subject) stood

19  silently by the counter. The clerk complied and gave the armed subject

20  approximately $170 from the cash register. The subjects fled to the Honda and drove

21  away east on Balboa Avenue.

22       25.    The clerk described the armed subject as possibly a Hispanic male and

23  the unarmed subject as possibly female. Officers reviewed surveillance footage and

24  the armed subject appeared to be a male, wearing a black baseball cap with the white

25  letters "DRTY" on the front, a dark green with black horizontal striped jacket with

26  a hood over his head, black sunglasses, a black bandana over the face, and black

27  pants. Photos of RAMOS wearing a black bandana with paisley design were

1   discovered as being sent from his Facebook account on January 14, 2018. A photo

2   of RAMOS wearing a dark green top with black horizontal strips were discovered

3   being received by RAMOS, via Facebook messenger on January 10, 2018. Photos

4   of an individual investigators believe to be RAMOS wearing a black baseball cap

5   with the letters "DRTY" on the front were discovered as being received by RAMOS,

6   via Facebook messenger, on January 13, 2018.

7       26.     The unarmed subject appeared to be a female, wearing a black baseball

8   cap, black sunglasses, neon green bandana over the face and dark clothing, black

9   shoes, and black gloves. The armed subject appeared to be average height for a male

10   and the unarmed subject appeared significantly shorter. RAMOS is approximately

11   5'9" and BARRIOS is approximately 4'9" tall. Officers also observed that the silver

12   Honda Civic that the suspects used had a unique pattern of tape on the hood.

13       27.     At approximately 4:39 a.m., a silver 2000 Honda Civic with the same

14   unique pattern of tape on the hood was found engulfed in flames at 2700 Merton

15   Avenue in San Diego, which is approximately 2.7 miles by road from the Arco

16   AMPM. Two burned plastic bottles that appeared to contain wicks were located in

17   the rear seat.[1]  The Honda had Indiana license plate LE4595 and had been reported

18   stolen. A witness who was in the area indicated that she saw a black car pull in front

19   of the Honda, shortly thereafter observed it depart, and shortly after the departure

20   she noticed the Honda on fire.

21                          **Arco AMPM – Clairemont Mesa Robbery**

22       28.     On January 16, 2018, at approximately 1:40 a.m., a gold-colored late-

23   model Nissan Maxima occupied by two subjects drove into the parking lot of the

24

25   [1]     A previous affidavit for warrants to obtain DNA from ORTIZ and others

26   mistakenly indicated a DNA profile identified from one of the bottles came back to
    RAMOS. When the error was discovered, the warrants were returned unexecuted.

27   Swabs of DNA were collected from the water bottles but have not yet been analyzed.

10

1    AMPM located at 8820 Clairemont Mesa Boulevard in San Diego. The store clerk
2    was on a break outside the store. The Maxima drove near the clerk and stopped. The
3    clerk heard Spanish speaking coming from inside the car. A subject exited the
4    passenger side (armed subject) and had a dark-colored semi-automatic handgun in
5    his hand. A second subject remained inside the car in the driver's seat. The armed
6    subject directed the clerk into the store at gunpoint and demanded money. The clerk
7    opened the cash register and handed the armed subject the $20 bills. The armed
8    subject took the $20 bills from the clerk then grabbed the remainder of the money
9    from the register. The armed subject fled to the waiting car and they drove from the
10   scene. The armed subject was described as a Hispanic male wearing a dark hat,
11   maroon or tan hooded jacket, red bandana over his face, black pants, and dark shoes
12   with white trim. ORTIZ's Facebook location history places the electronic device
13   linked to ORTIZ's Facebook account in close proximity to the robbery location,
14   during the approximate time of the robbery.

15                          **Arrest of RAMOS and ORTIZ**

16          29.   On January 16, 2018, at 12:00 p.m., officers conducted a parole
17   compliance check on ORTIZ, who officers had learned was staying in room 225 at
18   the Goodnight Inn located at 355 Bay Boulevard in Chula Vista, California. ORTIZ
19   and RAMOS were in the room. ORTIZ was searched and found to have a Costco
20   Visa card in the name of R.P., who record checks indicated was a victim of theft. In
21   addition to the clothing described above, the room also contained cuffed blue jean
22   pants that appeared similar to those used by the armed suspect in the Chevron
23   robbery, piles of car parts (including four car tires), four vehicle jacks, three vehicle
24   pink slips for late 1990's model Hondas and a Nissan for vehicles that did not belong
25   to ORTIZ or RAMOS, a shaved Buick key, a quarter of a gram of a white substance
26   that test positive for methamphetamine, and a glass methamphetamine pipe.

27

1    29.   The "1911" style handgun, with silver ejector port, brown grips, black

2 slide, frame and tang, with gunmetal hammer was found underneath the room's

3 bed's mattress. The firearm was loaded, with six .45 rounds in the magazine and one

4 in the chamber, and had been reported stolen from Cardiff, California. A second

5 magazine loaded with six .45 rounds was located on the nightstand. A box of .45

6 caliber ammunition was found and contained one cartridge. ORTIZ had a key to a

7 Toyota Prius that was parked at the hotel. The Prius contained a box of .45 caliber

8 ammunition that still held 32 of 50 rounds.

9    30.   Officers Mirandized ORTIZ and she agreed to speak with them. ORTIZ

10 stated that she was at the hotel room to spend quality time with her boyfriend,

11 RAMOS, and that other people were using the hotel room when she was not there

12 but she didn't know who they were. ORTIZ indicated that she did not know about

13 the firearm, she did not use the methamphetamine, she had just found the stolen

14 credit card in the parking lot and was about to turn it in, she had purchased the tires

15 the day before from a guy on the street, and that she was gainfully employed and had

16 not engaged in criminal activity. ORTIZ admitted that two of the car jacks in the

17 bedroom belonged to her. Officers then arrested ORTIZ. Officers also arrested

18 RAMOS on outstanding state warrants. During the booking procedure, RAMOS

19 gave his phone number as 520-349-7878.

20    31.   A motel employee identified ORTIZ as the person who had paid cash

21 for the motel room. The room's registration was in the name of ORTIZ and

22 BARRIOS.

23    32.   Officers also found a 1995 gold-colored Nissan Maxima, matching the

24 description of the vehicle used in the Arco AMPM – Clairemont Mesa robbery, in

25 the parking lot at the Goodnight Inn. The Nissan Maxima had been stolen recently,

26 reportedly either on January 15th or 16th, 2018.  On March 5, 2018, officers

27

1  collected evidence from the Nissan Maxima, including DNA swabs that have not yet
2  been tested.

### Arrest of ESCALERA and BARRIOS

4  33.    On February 16, 2018, at approximately 4:30 p.m., an officer patrolling
5  Logan Heights in San Diego saw ESCALERA in a parking lot at 3302 Imperial
6  Avenue. He arrested ESCALERA on six state arrest warrants and seized SUBJECT
7  PHONE 5155. ESCALERA was accompanied by a female with a tattoo over an
8  eyebrow and on her cheek that identified herself as "Liliana Barrios."

9  34.    Back at the police station, officers familiar with ESCALERA and
10 BARRIOS reviewed the publicly accessible portions of Facebook accounts believe
11 to be used by ESCALERA and BARRIOS and the arresting officer's body camera
12 footage of ESCALERA's arrest. Both Facebook accounts contained photographs of
13 ESCALERA and BARRIOS together and indicated that they were in a relationship.
14 In some photos, it appears that BARRIOS has a tattoo over an eyebrow and on her
15 cheek.  In the bodycam footage, officers also recognized BARRIOS as "Liliana
16 Barrios."

17 35.    On March 13, 2018, at approximately 10:45 p.m., BARRIOS was found
18 in a vehicle that had been reported stolen, which was located at 3200 National
19 Avenue in San Diego. BARRIOS was arrested with a LG cellular phone.

### Review of ESCALERA's cell phone

21 36.    Pursuant to a federal search warrant, ESCALERA's phone was
22 searched. In a message dated March 5, 2018, BARRIOS asked to be called back at
23 SUBJECT PHONE 0975.  That number, SUBJECT PHONE 0975, was saved under
24 "Babie" on ESCALERA's phone.  As described below, BARRIOS often went by
25 the moniker "Babie" or "Babe."  The device's Sync setting show the phone is backed
26 up to account Donovanescalera3@gmail.com.

27

**Review of BARRIOS' cell phone**

37.  Pursuant to a federal search warrant, BARRIOS' cell phone was searched, and investigators noted the following:

a.  The devices email application was logged into account babygtwithit@gmail.com, and the Sync setting for the Google application was logged into aylinaida1@gmail.com, with vanity name "Aylin Alcantara."

b.  The device's Snapchat application was signed in under "morronbabe" with Snapchat vanity name Christina Barrios.

**Review of RAMOS' Facebook account**

38.  Pursuant to a federal search warrant, RAMOS' Facebook account was searched, and investigators noted the following:

a.  The registered email for the account was juanmanuel10922@gmail.com.

b.  Registered phone numbers associated with the account include SUBJECT PHONE 5155, 619-940-2551, 619-867-4567, and 619-549-3154.

c.  In a December 29, 2017 message with Taylor Dawn Donham, RAMOS states his phone number as SUBJECT PHONE 5155.

d.  In a January 7, 2018 conversation with Mando Reyes, Facebook account number 100002161915088, Reyes asks for RAMOS' cell phone number. RAMOS responded SUBJECT PHONE 5155.  RAMOS also provided 619-419-6994 and stated the number belonged to his "girl" Melissa.

e.  In a January 12, 2018 conversation with Reyes, RAMOS states "I'm On some niggas and the cops are looking for me with the choppers."

f.  In a January 10, 2018 conversation with Facebook User "Alicce Analicce," who investigators identified as Alicia Fimbres, Fimbres sent RAMOS a screenshot of a video chat between Fimbres and RAMOS. In the photo, RAMOS is

1    wearing a dark green top with black horizontal strips. RAMOS responded "straight

2    evidence," and asked Fimbres to "delete it."

3           g.    In a January 13, 2018 conversation, Fimbres sent RAMOS two

4    photos. The first photo was of a male, matching RAMOS' physical description,

5    wearing red shorts, a dark blue or black hooded sweatshirt with the hood up, a dark

6    blue or black mask with stars, covering his nose, mouth and face, and a dark blue or

7    black hat with the word "DRTY." The individual is holding a 1911 style pistol, with

8    brown grips, gunmetal hammer, and under the lighting appears to have a black frame

9    and silver slide. The second photo is of the same male, wearing the same clothing,

10   standing in a mirror, posing with BARRIOS and Fimbres. In the photo, both Fimbres

11   and BARRIOS are holding phones and appear to be taking photos.  In the light in

12   this photo, the 1911 style pistol appears to have a black slide and black frame.

13          h.    In a January 15, 2018 conversation with BARRIOS, BARRIOS

14   asks RAMOS, "did you guys pay the house keeper knockibg" and stated "Ur strap

15   here fool did you guys pay or what ima bounce already."

16          i.     In a January 12, 2018 conversation with a Facebook Account

17   with vanity name "Donovan San Martin" believed to be used by ESCALERA,

18   RAMOS states "I'm broke but safe. But still broke." ESCALERA replied, "Me Too

19   What We Gonna Do." RAMOS responded "The same thing we always do." The

20   Donovan San Martin account appeared to have a limited number of items that were

21   publicly available. These items included photographs that investigators recognized

22   as ESCALERA and BARRIOS posing together.

23          j.     In a January 14, 2018 conversation with Fimbres, RAMOS sent

24   Fimbres two photos.  In the first photo, RAMOS is wearing a grey and black glove

25   and black bandana with a paisley design tied on his head.  In the second photo,

26   RAMOS is standing with an unknown Hispanic male who matches the physical

27   description of Armando Reyes.  In the photo, RAMOS is wearing a black bandana

1   with paisley design tied on his head, and a black hooded sweatshirt. The male
2   believed to be Reyes is shirtless with a tattoo on his chest.

3                      **Review of ORTIZ's Facebook account**

4          39.     Pursuant to a federal search warrant, ORTIZ's Facebook was searched,
5   and investigators noted the following:

6                  a.     The     registered   email     for    the    account   was
7   lamiasajor333@gmail.com.

8                  b.     Registered phone numbers associated with the account include
9   619-419-6994, 559-835-7789, and 619-559-6401. 619-419-6994 was the most
10  recently verified phone number to the account being added April 28, 2017.

11                 c.     A review of Ortiz's Facebook location history provided the
12  following:

13                       i.     01/16/2018    @    09:34:36    UTC    (01/34    PST)
14  32.834662347057, -117.13588975811.

15                       ii.    01/16/2018 @09:46:26 UTC (01/16/2018 @01:46 PST)
16  32.834900079339, -117.13819837907

17                 d.     The January 16, 2018 coordinates place the device linked to
18  ORTIZ's Facebook account approximately 0.3 to .05 miles away from the January
19  16, 2018 robbery location, immediately before and after the robbery.

20                 e.     In a Facebook Messenger conversation with BARRIOS, on
21  December 19, 2017, BARRIOS asks ORTIZ to contact her on Snapchat. Ortiz
22  provides her Snapchat account as username "lamiasajor," with vanity name
23  "BeezlebubRojas." Ortiz also provides her phone number as 619-419-6994. On
24  December 20, 2017, BARRIOS provided SUBJECT PHONE 0674 and labeled it as
25  "Babes" number. Based on review of BARRIOS Facebook account, BARRIOS
26  often went by the moniker "Babie" or "Babe." On January 8, 2018, at approximately

27

1   5:57 PM, ORTIZ sent BARRIOS a photo of BARRIOS holding a 1911 style pistol,

2   with black frame, slide and tang, with brown grips.

### Review of BARRIOS' Facebook account

4       40.    Pursuant to a federal search warrant, BARRIOS' Facebook was

5   searched, and investigators noted the following:

6           a.     The    registered    email    for    the    account    was

7   babygtwithit@gmail.com.

8           b.     Registered phone numbers associated with the account include

9   SUBJECT PHONE 0674, 831-214-2365, and 619-384-6806.   Per BARRIOS'

10   timeline, SUBJECT PHONE 0674 was the most recently verified phone number on

11   BARRIOS' account being added on January 17, 2018.

12          c.     On February 1, 2018, BARRIOS posted a photo of BARRIOS

13   wearing a dark blue hat, with a silver "SD" logo.   Photos metadata shows this photo

14   was taken January 9, 2018 with ZTE Z798BL.

15          d.     On January 30, 2018, BARRIOS advised Facebook User

16   DownerLowk Zavala to call her at "7630674" (SUBJECT PHONE 0674).

17          e.     On February 15, 2018, BARRIOS advised Facebook user Janet

18   Gee her cell phone number was "5520975" (SUBJECT PHONE 0975).

19          f.     On March 9, 2018, BARRIOS posted a photo of herself and

20   ESCALERA with the caption "mybab13." Based on previous investigations, I know

21   subjects would often use Leetspeek, an informal language where numbers or

22   symbols would replace letters in the Roman alphabet.   In BARRIOS' photo, the "13"

23   translates to "ie" in Leetspeek, and "bab13" would spell "babie," BARRIOS'

24   moniker.

### Shell Gasoline Robbery

26       41.    On October 6, 2018, at approximately 4:01 a.m., a silver Dodge Dart

27   driven by an armed subject and also occupied by an unarmed subject arrived into the

1   parking lot of the Shell Gas station located at 3890 Division Street, San Diego, CA.
2   The armed subject exited the driver's side door, and entered the gas station's
3   convenience store with a dark-colored semi-automatic handgun in his hand. The
4   armed subject directed the clerk into the store at gunpoint and demanded money,
5   first in English and then in Spanish. The clerk opened the cash register and gave the
6   armed subject the whole drawer, which contained approximately $100. The armed
7   subject took the drawer, left the store, entered the Dart's passenger door, and the
8   unarmed subject drove them away. The armed subject was wearing a black hat with
9   a silver sticker on the brim, clear glasses, a black bandana, a black hoodie, a green
10  vest, black gloves, and black pants.

11          42.    On October 7, 2019, Amanda Louise Ezelle reported that she had been
12  kidnapped and carjacked. When investigators spoke with her, she eventually
13  admitted that she had driven RAMOS to the Shell Gas Station, which he entered and
14  returned with the cash register drawer. Ezelle stated she had met RAMOS two weeks
15  prior, were in a dating relationship, and that she was not aware RAMOS was going
16  to rob the gas station.

17          43.    On October 18, 2018, at approximately 11:30 AM, officers recognized
18  RAMOS as the driver of a vehicle that was reported stolen and attempted to traffic
19  stop RAMOS as he was driving out of the Walmart parking lot in Claremont Mesa.
20  RAMOS fled and led officers on a high-speed chase to Corona, California. During
21  the pursuit, a .38 revolver and box of .38 ammunition were thrown from the vehicle,
22  and RAMOS called 9-1-1, admitted that the vehicle was stolen, and said he would
23  pull over if he was not charged with stealing the vehicle. Eventually, he was talked
24  into yielding. RAMOS also had a passenger in the vehicle. In a video recorded
25  statement, RAMOS was Mirandized and agreed to speak with investigators.
26  RAMOS admitted that it was his firearm used in four gas station convenience store
27  robberies that occurred in and around San Diego between January 8, 2018 and

1 | January 16, 2018, including the USA Gasoline robbery; however, he either named
2 | other people for the robberies or said he could not say who committed the robberies.

3 |     44.    The firearm was later recovered from 7825 Engineer Road, which was
4 | on the path of RAMOS' high-speed pursuit. Officers also reviewed surveillance
5 | footage from the Clairemont Mesa Walmart, which shows individuals who appear
6 | to be RAMOS and his passenger purchasing ammunition and exiting the Walmart
7 | between 11:08 and 11:22 a.m. on October 18, 2018.

8 |     45.    Ezell has since pled guilty to her involvement and named Ramos as the
9 | other individual who entered the Shell gas station while armed with a handgun and
10 | committed the robbery.

11 | **Cell phone providers**

12 |     46.    As described above, SUBJECT PHONE 5155 has been linked to both
13 | RAMOS and ESCALERA.  As described above, SUBJECT PHONE 0674 and
14 | SUBJECT PHONE 0975 have been linked to BARRIOS. Cellular service for each
15 | is provided by T-Mobile USA, Inc.

16 | **Summary**

17 |     47.    The information sought is relevant and material to this investigation.
18 | Based on my training and experience, historical cell tower log information is
19 | relevant and material to the investigation of individuals who commit robberies
20 | because such information can help identify, or confirm the identity of, the subject(s)
21 | and their physical location at the time of the crime.  A subject will often
22 | communicate on a mobile telephone prior to and subsequently after the commission
23 | of a robbery – including checking with accomplices about possible police presence.
24 | In addition, even though the subject(s) may not be actively on the mobile telephone
25 | during the commission of the crime, this mobile telephone may receive a text or an
26 | incoming call that the subject was not anticipating, thereby indicating the
27 | telephone's location.  In addition, it has been my experience that these types of

1   robbery cases often involve numerous individuals with a need to coordinate,
2   including the individuals who enter the location as well as those who drive a "get
3   away" car or act as "lookouts" or "points" to warn of the arrival of law enforcement
4   officers. The normal modes of communication for these types of teams are cellular
5   telephones. Based on the participation of multiple individuals at multiple locations
6   in the robberies, I believe they may have used cellular telephones to coordinate their
7   movements.

8   **IV.   REQUEST FOR SEALING**

9   48.   Because this is an ongoing investigation, I request that this search
10   warrant affidavit be sealed until such time as the Court orders otherwise. Disclosure
11   of the search warrant affidavit at this time would seriously jeopardize the ongoing
12   investigation, as such disclosure may provide an opportunity to destroy evidence,
13   change patterns of behavior, or allow flight from prosecution.

14   **V.   CONCLUSION**

15   49.   Based on the aforementioned factual information, I respectfully submit
16   that there is probable cause to believe that violations of Title 18, United States Code,
17   Sections 1951 and 924(c) (Interference with Commerce by Threats or Violence,
18   a.k.a. Hobbs Act Robbery, Carrying and Brandishing a Firearm in the Commission
19   of a Crime of Violence, and Conspiracy to do the same) have been committed, are
20   being committed, and will be committed by RAMOS, ESCALERA, ORTIZ, and
21   BARRIOS. There is also probable cause to search the information described in
22   Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes
23   as further described in Attachment B.

24
25
26
27

1

Gregory T. Peters
2                                   Special Agent
3                                   FBI

4    Subscribed and sworn before me this _____ day of December, 2019

5

6

7                                   HONORABLE MICHAEL S. BERG
8                                   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned telephone numbers:

**(619) 514-5155**

**(619) 552-0975**

**(619) 763-0674**

that are stored at premises controlled by **T-Mobile (**"the Provider"), headquartered at **4 Sylvan Way, Parsippany, New Jersey 07504**.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Accounts listed in Attachment A for the time period **January 1, 2018 to January 17, 2018**:

    a.  Call Detail Records (CDRs)/Mediation Reports for:

        i.  **(619) 514-5155**,

        ii.  **(619) 552-0975**, and

        iii.  **(619) 763-0674**.

    b.  Such Records and/or Reports to include:

        i.  All subscriber information, including name, address, contact numbers, activation/deactivation dates, account number, social security number, and account features

        ii.  Cell site locations and sectors for all outgoing and incoming voice, SMS, MMS, and Data transactions.

        iii.  All available Timing Advance Reports, currently known as True Call, to include cell site, sector, and distance from tower, IP session and Data.

        iv.  All available Mobile Data Session and IPv6 reports.

        v.  All available voicemails

## II.    Information to be Seized by the Government

All information described above in Section I that constitutes evidence, fruits, contraband, and/or instrumentalities of violations of Title 18, United States Code, Sections 1951 and 924(c) (Interference with Commerce by Threats or Violence, a.k.a. Hobbs Act Robbery, Carrying and Brandishing a Firearm in the Commission of a Crime of Violence, and Conspiracy to do the same) involving **Juan Ramos, Donovan Escalera, Melissa Ortiz, and Christina Barrios** during the period **January 1, 2018 to January 17, 2018.**

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **T-Mobile**, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **T-Mobile**. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **T-Mobile**, and they were made by **T-Mobile** as a regular practice; and

b.      such records were generated by **T-Mobile's** electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **T-Mobile** in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by **T-Mobile**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

Date

Signature